**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**SHAWN TOMARAS,**

*Plaintiff,*

**v.**                                                            **8:24-cv-02390-JSM-LSG**

**EQUIFAX INFORMATION
SERVICES LLC,**

*Defendant.*

_____/

## NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES LLC

In accordance with Local Rule 3.09, Plaintiff hereby provides notice that

Plaintiff and Defendant Equifax Information LLC have reached a settlement in this

case. Upon completion of the terms of settlement, Plaintiff will file the appropriate

documents to dismiss this case with prejudice.

Respectfully submitted on December 3, 2024.

/s/ *Fethullah Gulen*
Fethullah Gulen, Esq.
Florida Bar Number: 1045392
Seraph Legal, P. A.
2124 W Kennedy Blvd., Suite A
Tampa, FL 33606
(813) 567-1230
FGulen@SeraphLegal.com
*Counsel for Plaintiff*

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on December 3, 2024 a true and correct copy of foregoing was filed electronically via the CM/ECF System.  A true and correct copy of the foregoing was also served via e-Notice to counsel for all parties.

*/s/ Fethullah Gulen*
Fethullah Gulen, Esq.
FL Bar # 1045392
